In the Matter of SAMUEL SOBEL for Reinstatement to the Bar.— Motion for reinstatement denied. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

ANNA IMPERATRICE v. ANTONIO IMPERATRICE et al.— Motion for leave to appeal to the Court of Appeals granted. Question certified. Motion for reargument denied. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 764.]

ROY MINER v. O'DRISCOLL & GROVE, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 752.]

CRANFORD COMPANY, INC., Respondent, v. L. LEOPOLD & CO., INC., et al., Defendants, and UNITED STATES OF AMERICA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 754.]

JULIUS L. NEIDLE, as Remaining Executor of HENRY S. ROSENWALD, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 755.]

MICHAEL D. LESTER et al., Doing Business as Copartners under the Name of LESTER & Co., v. KURT OFFENBERGER et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 752.]

In the Matter of the Arbitration between DAYTON ALLEN and KENNETH DELMAR.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 762.]

NELLIE LENNAN, Suing for Herself as a Preferred Stockholder and for All Other Preferred Stockholders of 551 Fifth Avenue, Inc., Similarly Situated, v. CHARLES N. BLAKELEY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 767.]

ART TEX ADHESIVE PRODUCTS, INC., v. MANHATTAN LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 755.]

In the Matter of the Arbitration between ARTHUR HARRIS and LAKESIDE PACKING Co. et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 758.]

AARON G. SRYBNIK et al., as Copartners Trading under the Name of S. & S. Machinery Co., v. PETER AMENDOLA et al., as Copartners Trading under the Name of TAMCO MANUFACTURING Co.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 759.]

LEWIS A. DREYER, as Administrator of the Estate of BALLARD MACDONALD, Deceased, v. SHAPIRO-BERNSTEIN & Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Gleanon, Cohn, Van Voorhis and Shientag, JJ. [See *ante*, p. 760.]